IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 SEP 17 AM 11:56
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| JOHN W. BEMBRY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. CV410-065<br>) |
| TRAVIS D. WINDSOR, in his individual and official capacities; R. BRIAN TANNER, in his individual and official capacities; JONATHAN V. DUNN, in his individual and official capacities; ELIZABETH EMERY, in her individual and official capacities; MARTY C. BRAGG, in his individual and official capacities; and RAYMOND J. WOODBERRY, in his individual and official capacities; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 17th day of September 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA